AO91 (Rev. 12/03) Criminal Complaint    *Felony*    AUSA

**United States District Court**
**Southern District of Texas**
**FILED**

MAR 1 1 2018

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division    David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Santos GARCIA-Velasquez
A216 608 125   Mexico

**CRIMINAL COMPLAINT**

Case Number: B-18- MJ-274

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 09, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) knowingly, willfully, and in reckless disregard of the fact that three (3) person(s) were undocumented alien(s), did bring in said alien(s) into the United States at a place other than a designated port of entry by the Secretary of Homeland Security or the Attorney General of the United States,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(i)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On March 9, 2018 at approximately 10:05 am, Brownsville Border Patrol Agents observed several subjects running north from the Rio Grande River and climbing over the border fence. Agents conducted a search of the area. Three subjects were found hiding in a brush north of the border fence while an additional two subjects absconded avoiding apprehension. Agents identified themselves and questioned all three subjects as to their citizenship. All three subjects freely admitted to being citizens of Mexico and being present in the United States illegally. The three subjects were placed under arrest at 10:57 am, and transported to the Brownsville Border Patrol Station for processing and final disposition. Once at the Brownsville Station, Agents initiated a smuggling investigation, discovering through self-admission, testimony provided by two individual subjects serving as Material Witnesses, and separate photo line-ups, that GARCIA-VELASQUEZ, Santos was guiding the group for monetary gain.

Defendant had no funds in his possession at the time of arrest.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Mora, Sergio A.   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

March 11, 2018    at   Brownsville, Texas
Date                      City/State

Ronald G. Morgan    U.S. Magistrate Judge
Name of Judge         Title of Judge           Signature of Judge